**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Atarah MCQUINN, Defendant— Appellant.**

**No. 07–6674.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 31, 2007.

Atarah McQuinn, Appellant Pro Se. Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Atarah McQuinn appeals the district court's order denying McQuinn's motion to modify her term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. McQuinn,* No. 3:02–cr–00095–REP (E.D.Va. Apr. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*